IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　CRIMINAL NO. 3:06cr33DPJJCS-002

MELANIE MINTON

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 1 of the Criminal Indictment against **MELANIE MINTON** without prejudice.

　　　　　　　　　　　　　　　　　　DUNN LAMPTON
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　GREGORY L. KENNEDY
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　MS Bar No. 9389

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 27 day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE